TREVOR J. ZINK, ESQ. (218860)
**OMNI LAW GROUP, APC**
1940 Hamilton Avenue
San Jose, CA 95125
Telephone:   (408) 879-8500
Facsimile:   (408) 879-8501

Attorneys for Defendant
CHERYL YEE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL YEE and THE CHRISTINE CHENG-YEE 2016 IRREVOCABLE TRUST, by and through its Trustee LARRY F. CHENG,<br><br>Defendants. | CIVIL ACTION NO.: 4:23-cv-00210-JST<br><br>**DEFENDANT CHERYL YEE'S QUALIFIED STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES**<br><br>Hearing Date: Dec. 7, 2023<br>Hearing Time: 2:00 p.m.<br>Courtroom: 6<br><br>The Honorable Jon S. Tigar |

Defendant CHERYL YEE hereby submits her statement of non-opposition to Plaintiff's Motion for Attorney's Fees.  Notwithstanding the foregoing, Defendant YEE does request that the Court look at the reasonableness of the amount claimed as a request for more than $15,000 for an interpleader seems high, generally speaking.  Additionally, there is an outstanding issue with respect to the "applicable interest" amount, described more fully in Defendant Larry F. Cheng's statement of non-opposition, which request is incorporated herein by reference.

Dated:  December 4, 2023              **OMNI LAW GROUP, APC**


                                      By:   */s/ Trevor Zink*
                                            TREVOR J. ZINK, ESQ.
                                            Attorneys for Defendant
                                            CHERYL YEE

---

**DEFENDANT CHERYL YEE'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR INTERPLEADER DEPOSIT AND DISMISSAL**                                                                1

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I filed the foregoing with the Clerk of Court via electronic filing which will serve notification on the following counsel of record:

Counsel for Larry Cheng:
Steven A. Ellenberg
sellenberg@hopkinscarley.com

Peter E. Nissly
Peter.Nissly@hopkinscarley.com

HOPKINS & CARLEY
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Counsel for Columbus Life Insurance Company:
Kimberly M. Ingram-Hogan
kingram@bradley.com

BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203